UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NUMBER C-08-637-S |
| | § § | |
| ORLANDO GUTIERREZ | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 27, 2008, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ORLANDO GUTIERREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing methamphetamine, that is, approximately one hundred fifty-four and seven-tenths (154.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about July 3, 2008, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ORLANDO GUTIERREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved approximately twenty and seven-tenths (20.7) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about July 15, 2008, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ORLANDO GUTIERREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved approximately thirteen and seven-tenths (13.7) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

By: _____
ROB W. MACDONALD
Assistant United States Attorney