UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-08-637 |
| | § | |
| ORLANDO GUTIERREZ | § | |

## ORDER DISMISSING COUNTS ONE AND THREE OF THE INDICTMENT

It is hereby ORDERED that Counts One and Three of the Indictment in the above-numbered case is hereby dismissed as to defendant, ORLANDO GUTIERREZ.

DONE, this ___13___ day of ___April___, 2009.

_____
UNITED STATES DISTRICT JUDGE