# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States Courts
Southern District of Te~~~
FILED

MAR 2 2 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | }    2:08CR00637-S-001 |
| | }    CR NO. |
| | } |
| VS. | }    Hayden W. Head, Jr. |
| | }    SENIOR UNITED STATES DISTRICT JUDGE |
| | } |
| | }    _Arlene Rodriguez_    _Linda Rivera_ |
| | }    COURTROOM CLERK    COURT REPORTER |
| ORLANDO GUTIERREZ | } |
| |    REVOCATION |
| |    PROCEEDING |

## EXHIBIT LIST OF U.S. GOVERNMENT

| NO. | DESCRIPTION | MARK | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|
| 1 | JUDGMENT: U.S.A. vs. Orlando Gutierrez<br>Offense: Possession With Intent to Distribute 20.7 Grams of Methamphetamine (5.6 Grams Actual)<br>Case No. 2:08CR00637-S-001      Date: 3/27/09 | ✓ | ✓ | | 3-22-18 | |
| 2 | Corpus Christi Police Department Incident/Investigation Report<br>Offense: Public Intoxication, Evading Arrest, Criminal Trespass<br>     Date: 6/5/16 | ✓ | ✓ | | 3-22-18 | |
| 3 | United States Probation Chain of Custody, U.S. Pretrial Services Laboratory Drug Analysis and Admission Report<br>Def: Orlando Gutierrez      Date: 4/11/16<br>Tests Results: Positive for cannabinoids | ✓ | ✓ | | 3-22-18 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

JCM/rar