Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 22 2017

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

CASE NO. __2:08cr637__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge _____Hayden Head_____ |
| | Courtroom Deputy __Arlene Rodriguez____ |
| **vs.** | Court Recorder __Linda Rivera_____ |
| | Proceeding: __Final Revocation Hearing____ |
| **Orlando Gutierrez** | Date: __3/22/2018_____ |
| | Exhibit List of: Defendant |
| Page _1__ of __1__ Pages | Attorney:_ Scott Ellison_____ |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Agreement to Lease | ✔ | ✔ | | 3/22/18 | |
| 2 | Reprint Equipment Statements | ✔ | ✔ | | 3/22/18 | |